IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MILTON BUSBY,**

    Petitioner,

v.

**TIM BRUNSMAN, WARDEN,**

    Respondent.

**CASE NO. 2:09-CV-766**
**JUDGE MICHAEL H. WATSON**
**Magistrate Judge E.A. Preston Deavers**

## OPINION AND ORDER

On April 24, 2012, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    **IT IS SO ORDERED.**

MICHAEL H. WATSON
United States District Judge